## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4914 | **DATE** | 5/27/2010 |
| **CASE TITLE** | Willa M. Kennedy vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Defendants' motion to withdraw is granted [242, 243]. Defendants' agreed motion to set a preliminary approval hearing for the class action settlement is granted [239]. In court hearing set for 6/30/10 at 10:00 a.m. Pretrial conference set for 6/2/10 and jury trial set for 6/7/10 is vacated.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|