# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4914 | **DATE** | 11/19/10 |
| **CASE TITLE** | Kennedy, et al. v. City Of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion to set aside unclaimed settlement funds [258] is entered and continued to 11/30/10 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|