IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLA M. KENNEDY, *et al.*, | |
| *Plaintiffs,* | No. 06 C 4914 |
| *vs.* | Judge John W. Darrah |
| CITY OF CHICAGO, *et al.*, | |
| *Defendants.* | |

### AGREED ORDER MODIFYING PRELIMINARY APPROVAL ORDER

The Court being advised by the Parties that additional class members ("Additional Class Members") have been identified by Defendant City of Chicago and by the joint request by the Parties to Modify the Preliminary Approval Order (Docket No. 254);

IT IS HEREBY ORDERED THAT:

1. The Court for purposes of this order adopts the defined terms as set forth in the Stipulation and Agreement of Settlement (Docket No. 251-1) entered into by the Parties.

2. The Claims Administrator is directed to provide Notice to the Additional Class Members on or before January 7, 2011 in the form attached to the Preliminary Approval Order. All notices shall be accompanied by a Proof of Claim form, an opt-out form and a postage prepaid return envelope, as provided in the Preliminary Approval Order. The Claims Administrator is directed to conduct address checks and resend any Notices that are returned to the Claims Administrator as "undeliverable." (*See* Docket No. 251-1, Section 10.1.)

3. The Court approves the form and method of notice specified herein and finds that the notice defined herein is the best notice practicable and shall constitute due and sufficient

notice to all persons and entities entitled to receive such notice and fully satisfy the requirements of due process and of FED. R. CIV. P. 23(b)(3).

4.  Additional Class Members' Proof of Claim or Request for Exclusion must be received by the Claims Administrator no later than February 21, 2011.

5.  Final Approval Hearing, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, is hereby continued form January 19 to March 9, 2011, at 10:00 a.m.

6.  The date for any member of the Class to file objections to the Settlement, the representation of the Class by Class Counsel, the request by Class Counsel for Attorneys' Fees or who otherwise wishes to be heard at the Final Approval Hearing is continued to February 21, 2011.

7.  Unless addressed herein all other terms and provisions of the Preliminary Approval Order remain in effect and are not modified by this Order.

THE HONORABLE JOHN W. DARRAH

Dated: December 16, 2010