# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4914 | **DATE** | 12/21/2011 |
| **CASE TITLE** | Willa M. Kennedy, et al vs. City Of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Enter Order granting Joint Motion by Defendants Jody Weis, City Of Chicago to consolidate cases KENNEDY AND GATES LITIGATION [319]

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

FILED
2011 DEC 21 PM 4:42
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | LXS |
|---|---|---|